COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-15-00348-CV

Style:      David Cole d/b/a Financial Funding Group

     **v**. Hung Nguyen

Date motion filed:      September 16, 2014

Type of motion:      Motion to Withdraw as Attorney of Record

Party filing motion:      Andre' L. Ligon, counsel for appellant

Document to be filed:

Is appeal accelerated?      No

If motion to extend time:

     Original due date:

     Number of previous extensions granted:      Current Due date:

     Date Requested:

Ordered that motion is:

     ☑      Granted

         If document is to be filed, document due:

         ☐      Absent extraordinary circumstances, the Court will not grant additional motions to extend time

     ☐      Denied

     ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐      Other: _____

     Andre' L. Ligon motion to withdraw as appellant's counsel is granted. *See* TEX. R. APP. P. 6.5. Counsel Andre'

     L. Ligon is ordered to immediately notify the appellant in writing of all deadlines and settings of which counsel is

     aware, and file a copy of the notice with the Clerk of this Court. *See* TEX. R. APP. P. 6.5(C).

Judge's signature:    /s/ <u>Russell Lloyd</u>
         ☑ Acting individually      ☐ Acting for the Court

Panel consists of      _____

Date:    <u>October 1, 2015</u>

November 7, 2008 Revision